UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHEL RIDGELY,<br>    Plaintiff | )<br>)<br>)  Civil Action 5-1033 (GK) |
| v. | )<br>) |
| ELAINE CHAO<br>    Defendant | )<br>) |

ORDER

Upon consideration of the defendant's motion to dismiss, the plaintiff's response thereto, and the record in this matter, it is hereby

ORDERED, that the captioned matter is DISMISSED.

Date: _____
                                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHEL RIDGELY,  Plaintiff | ) ) ) ) Civil Action 5-1033 (GK) |
| v. | ) ) |
| ELAINE CHAO  Defendant | ) ) ) |

ORDER

Upon consideration of the defendant's motion to dismiss or in the alternative for more a definite statement, the plaintiff's response thereto, and the record in this matter, it is hereby

ORDERED, that within ten (10) days of the entry of this Order plaintiff shall a file a short and plain statement of his complaint, which includes the following information:

(1) What specific wrongful act or acts does Plaintiff allege were discriminatory or retaliatory,

(2) On what basis (e.g., age, race or sex) was each act allegedly discriminatory,

(3) Who committed each of the allegedly wrongful acts,

(4) When and where did the allegedly wrongful acts occur.

It is further ORDERED that plaintiff shall file a response or answer to the more definite statement within 60 days of its filing.

It is further ORDERED, that should plaintiff not file the specified more definite statement of his complaint as directed above, plaintiff's complaint shall be DISMISSED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE