UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL RIDGELY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1033 (GK) |
| | : | |
| **ELAINE CHAO,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Defendant's Motion to Dismiss or, in the Alternative, for a More Definite Statement, the Plaintiff's response thereto, and the entire record in this matter, it is hereby

**ORDERED**, that within fifteen (15) days of the entry of this Order, Plaintiff shall file a short and plain statement of his Complaint, which includes the following information:

1. What specific wrongful act or acts does Plaintiff allege were discriminatory or retaliatory?

2. On what basis (e.g., age, race, or sex) was each act allegedly discriminatory?

3. Who committed each of the allegedly wrongful acts?

4. When and where did the allegedly wrongful acts occur?

It is further **ORDERED**, that Defendant shall file a response or answer to the more definite statement within 60 days of its filings; and it is further

**ORDERED**, that should Plaintiff not file the specified more definite statement of his complaint as directed above, Plaintiff's Complaint shall be dismissed.

September 7, 2005

/s/
Gladys Kessler
United States District Judge