UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michel Ridgely,<br>    Plaintiff,<br><br>        v.<br><br>Elaine Chao,<br>    Defendant | )<br>)<br>)  Civil Action 5-1033 (GK)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANGELICA HACKNEY

I, Angelica Hackney, do hereby declare and state under the penalty of perjury:

1. I am over eighteen years of age. I am the Human Resources Officer, Mine Safety and Health Administration, and I am the Official Records Custodian for the National Office Mine Safety and Health Administration, from which I have knowledge regarding the matters set forth herein.

2. Michel Ridgely has been employed with the Mine Safety and Health Administration, and its predecessor organization, Bureau of Mines, since August 25, 1971.

3. Mr. Ridgely's Official Personnel File is maintained in Arlington, Virginia, in the Human Resources Division of the National office of the Mine Safety and Health Administration.

4. In August 1994, Mr. Ridgely held the position of Management Analyst, GS-9; this was the full performance level for this position. In August 1994, the Management Analyst position held by Mr. Ridgely was reevaluated. This evaluation resulted in a classification change to a higher grade to the position of Printing Specialist, GS-11, due to additional duties and responsibilities. The GS-11 level was the full performance level for the Printing Specialist

1

position; there was no additional non-competitive promotion potential.. Both positions were located in the Office of the Director of Administration and Management, Division of Management Services, Branch of Records Management.

    5. On January 31, 1999, Mr. Ridgely was reassigned from a Printing Specialist to a Supply Management Officer, with no change in grade. This was a supervisory position. The journeyman level for this position was GS-11. To receive a promotion to the GS-12 grade level, Mr. Ridgely would have had to apply and compete for the GS-12 position, unless excepted by circumstances as described in 5 CFR 335.103( c)(2) or 5 CFR 335.103 (c)(3) and the DOL Merit Staffing Plan (DPR Chapter 335. Promotion and Internal Placement Plan.). This position also was located in the Office of the Director of Administration and Management, Division of Management Services, Branch of Records Management.

    6. On July 30, 2000, Mr. Ridgely was competitively selected for the position of Civil Penalty Compliance Specialist, GS-11, in the Office of Assessments. This position was classified with a full performance level of GS-12; thus, it had promotion potential to the GS-12 grade level.

7. On July 24, 2003, Mr. Ridgely was retroactively promoted to GS-12, Step 3, effective June 30, 2002. As a result of this promotion, Mr. Ridgely received back pay from June 30, 2002 to June 29, 2003.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

November 18, 2005

*Angelica Hackney* (signed)
Angelica Hackney

Ex H1a

NOV-18-2005 14:02 FROM:MSHA        2026939856        TO:2025148781

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| RIDGELY JR MICHEL A | [redacted] | [redacted] | 08-21-94 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N7M | REG 335.102 RECLASS |

| 5-E. Code | 5-F. Legal Authority |
|---|---|

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|

| 6-C. Code | 6-D. Legal Authority |
|---|---|

| 6-E. Code | 6-F. Legal Authority |
|---|---|

| 7. FROM: Position Title and Number |
|---|
| MANAGEMENT ANALYST    VP09083001 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 09 | 07 | $34,755.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $33,345 | $1410 | $34,755 | $0 |

| 14. Name and Location of Position's Organization |
|---|
| MINE SAFETY AND HEALTH ADMINISTRATION, OFC OF DIRECTOR OF ADMIN & MANAGEMENT, DIVISION OF MANAGEMENT SERVICES, BRANCH OF RECORDS MANAGEMENT. ARLINGTON, VIRGINIA |

| 15. TO: Position Title and Number |
|---|
| PRINTING SPECIALIST    VP94058000 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1654 | 11 | 03 | $37,382.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $35,865 | $1517 | $37,382 | $0 |

| 22. Name and Location of Position's Organization |
|---|
| MINE SAFETY AND HEALTH ADMINISTRATION, OFC OF DIRECTOR OF ADMIN & MANAGEMENT, DIVISION OF MANAGEMENT SERVICES, BRANCH OF RECORDS MANAGEMENT. ARLINGTON, VIRGINIA |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None  2 - 5-Point  3 - 10-Point/Disability  4 - 10-Point/Compensable  5 - 10-Point/Other  6 - 10-Point/Compensable/30% — 1 | 0 - None  1 - Permanent  2 - Conditional  3 - Indefinite — 1 | | YES / NO — NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C — BASIC LIFE ONLY | 9 — NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 — CSRS | 08-25-71 | F — FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  2 - Excepted Service  3 - SES General  4 - SES Career Reserved — 1 | E - Exempt  N - Nonexempt — E | 00000-1101-000 | 0010 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 51-0100-013 | ARLINGTON    VIRGINIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

POSITION IS AT THE FULL PERFORMANCE LEVEL.
RESULT OF ADDITIONAL DUTIES AND RESPONSIBILITIES.
THIS POSITION IS INSIDE THE BARGAINING UNIT LOCAL-12.
MERIT STAFFING EXCEPTION.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF LABOR | JOSEPH K. KIRKER, JR. PERSONNEL OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DLMS | 4155 | 08-31-94 |

S-Part  50-316          2 - OPF Copy - Long-Term Record — DO NOT DESTROY          Editions Prior to 7/91 Are Not Usable After 6/9
                                                                                    NSN 7540-01-333

NOV-18-2005 14:02 FROM:MSHA         2026939856         TO:2025148787         P.3

**Ex H1b**

## CERTIFICATION FOR PROMOTION
### AS EXCEPTION TO COMPETITIVE PROCEDURES

SUBJECT: MATERIAL MODIFICATION

References: (a) FPM 335
(b) DLS Appx. A to FPM 335, Subch. A2-2
(c) DLS Subch. 1, FPM Chap. 511
(d) DLS Subch. 5, FPM Chap. 511

1. Position description number VP _09083_ encumbered by _Carol A. Ridgely_ has been redescribed and reevaluated. This evaluation has resulted in a classification change to a higher grade as a result of additional duties and responsibilities.

From:  VP _09083_                    _Management Analyst, GS-343-09_
       PD Number                      Title, Series, Grade

       _Direct. of A&M_
       _Management Services Div._
       _Records Management Br._
       Organizational Location

To:    VP _94058_                    _Printing Specialist, GS-1654-11_
       PD Number                      Title, Series, Grade

       _(SAME AS ABOVE)_
       Organizational Location

2. Non-competitive promotion of the incumbent may be effected in accordance with references (a) and (b). The requirements established by references (c) and (d) are met as follows:

   (X) The employee continues to perform the same basic function of the former position (as reflected in the employee's official position of record) and the former position is administratively absorbed into the new one.

   (X) This action is not the result of planned management action.

_[signature]_                         _8/19/94_
Personnel Management Specialist       Date

_[signature]_                         _8/19/94_
Supervisor                            Date

[ Qualification requirements must be met prior to promotion ]

Copies: ▓▓▓▓▓                        MATMOD
        PD File                       H:\wpfiles\pd

NOV-18-2005 14:03 FROM:MSHA                 2026939856                    TO:2025148781        P.4/6

**Ex H2**

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| RIDGELY JR MICHEL A | | | 01-31-99 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A Code: 721 | 5-B Nature of Action: REASSIGNMENT | 6-A Code: | 6-B Nature of Action: |
| 5-C Code: N2M | 5-D Legal Authority: REG 335.102 | 6-C Code: | 6-D Legal Authority: |
| 5-E Code: | 5-F Legal Authority: | 6-E Code: | 6-F Legal Authority: |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PRINTING SPECIALIST       VP94058000 | SUPPLY MANAGEMENT OFFICER    VP99049000 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1654 | 11 | 05 | $46,142.00 | PA | GS | 2003 | 11 | 05 | $46,142.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj | 20C. Adj Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $42,776 | $3366 | $46,142 | 0 | $42,776 | $3366 | $46,142 | 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| MINE SAFETY AND HEALTH ADMINISTRATION, OFC OF DIRECTOR OF ADMIN & MANAGEMENT, DIVISION OF MANAGEMENT SERVICES, FACILITIES & PROP MGMT GROUP, ARL ARLINGTON, VIRGINIA | MINE SAFETY AND HEALTH ADMINISTRATION, OFC OF DIRECTOR OF ADMIN & MANAGEMENT, DIVISION OF MANAGEMENT SERVICES, FACILITIES & PROP MGMT GROUP, ARL ARLINGTON, VIRGINIA |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other   2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 1 (0=None 1=Permanent 2=Conditional 3=Indefinite) | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 08-25-71 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career Reserved | E - Exempt  N - Nonexempt | R096-9-9-Q3AG  00000-1101-000 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 51-0100-013 | ARLINGTON   VIRGINIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

THIS POSITION IS OUTSIDE THE BARGAINING UNIT.
POSITION IS AT THE FULL PERFORMANCE LEVEL.
MERIT STAFFING EXCEPTION.

| Department of Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| RTMENT OF LABOR | LYNNETTE M HAYWOOD  PERSONNEL OFFICER |
| 48. Personnel Office ID: 4155 | 49. Approval Date: 02-04-99 |

Editions Prior to 7/91 Are Not Usable After 6
NSN 7540-01-33

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

# NOTIFICATION OF PERSONNEL ACTION

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Ridgely Jr, Michel A | [redacted] | [redacted] | 07-30-2000 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 721 | Reassignment | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| N3M | Reg 335.102 Comp | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPPLY MANAGEMENT OFFICER | CIVIL PENALTY COMPLIANCE SPECIALIST |
| PD: G02309        Position: P9904900 | PD: G02169        Position: P9701700 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 2003 | 11 | 06 | $49,845.00 | PA | GS | 1801 | 11 | 06 | $49,845.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $45,708.00 | $4,137.00 | $49,845.00 | $0 | $45,708.00 | $4,137.00 | $49,845.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Mine Safety and Health Administration | Mine Safety and Health Administration |
| OFC OF DIRECTOR OF ADMIN & MGMT | OFFICE OF THE ASSISTANT SECRETARY |
| DIVISION OF MANAGEMENT SERVICES | OFFICE OF ASSESSMENTS |
| MSHA, A&M, FACIL. & PROPERTY MGT BR. | ASSESSMENTS-CIVIL PEN. & COMPLI.OFF. |
| FACILITIES & PROP MGMT GROUP-ARL | ASSESSMENTS-CIV.PEN-COLLECTIONS GP |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30% | 1 - 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  Basic Only | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 08-25-1971 | F  Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N  E-Exempt / N-Nonexempt | R072Q3AX000001101000 | 0010 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 510100013 | ARLINGTON  Arlington  VA  USA |

| 40. Agency Data | 41. | 42. | 43. | 44. PAR Number: ASMT-0046 |
|---|---|---|---|---|

45. Remarks

- Merit Staffing Selection.
- This position is inside the bargaining unit - Local 12.
- Selected from MSHA-00-87 dated 06-12-2000.
- Full performance level of employee's position is GS-12.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Labor | [signature] |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | James M Cheskawich |
| DLMS | 4155 | 08-01-2000 | Personnel Officer |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93



Ex H4

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

## NOTIFICATION OF PERSONNEL ACTION

| 1 Name (Last, First, Middle) | 2 Social Security Number | 3 Date of Birth | 4 Effective Date |
|---|---|---|---|
| Ridgely Jr, Michel A | | | 06-30-2002 |

### FIRST ACTION

| 5-A Code | 5-B Nature of Action |
|---|---|
| 702 | Promotion |

| 5-C Code | 5-D Legal Authority |
|---|---|
| NGM | Reg 335.102 Career Prom |

| 5-E Code | 5-F Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A Code | 6-B Nature of Action |
|---|---|
| | |

| 6-C Code | 6-D Legal Authority |
|---|---|
| | |

| 6-E Code | 6-F Legal Authority |
|---|---|
| | |

| 7 FROM: Position Title and Number | 15 TO: Position Title and Number |
|---|---|
| CIVIL PENALTY COMPLIANCE SPECIALIST<br>Job Code (PD): LL0017 | CIVIL PENALTY COMPLIANCE SPECIALIST<br>Job Code (PD): LL0012 |

| 8 Pay Plan | 9 Occ. Code | 10 Grade or Lvl | 11 Step or Rate | 12 Total Salary | 13 Pay Basis | 16 Pay Plan | 17 Occ. Code | 18 Grade or Lvl | 19 Step or Rate | 20 Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1801 | 11 | 07 | $55,760.00 | PA | GS | 1801 | 12 | 03 | $59,407.00 | PA |

| 12A Basic Pay | 12B Locality Adj | 12C Adj Basic Pay | 12D Other Pay | 20A Basic Pay | 20B Locality Adj | 20C Adj Basic Pay | 20D Other Pay |
|---|---|---|---|---|---|---|---|
| $50,018.00 | $5,742.00 | $55,760.00 | $0 | $53,289.00 | $6,118.00 | $59,407.00 | $0 |

| 14 Name and Location of Position's Organization | 22 Name and Location of Position's Organization |
|---|---|
| Mine Safety and Health Administration<br>OFFICE OF THE ASSISTANT SECRETARY<br>OFFICE OF ASSESSMENTS<br>CIVIL PENALTY COMPLIANCE OFFICE<br>ASSESSMENTS-CIV PEN-COLLECTIONS GP | Mine Safety and Health Administration<br>OFFICE OF THE ASSISTANT SECRETARY<br>OFFICE OF ASSESSMENTS<br>CIVIL PENALTY COMPLIANCE OFFICE<br>ASSESSMENTS-CIV PEN-COLLECTIONS GP |

### EMPLOYEE DATA

| 23 Veterans Preference | 24 Tenure | 25 Agency Use | 26 Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  3-10 Point/Disability  5-10 Point/Other<br>2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1 - 0-None  2-Conditional<br>1-Permanent  3-Indefinite | | YES  X  NO |

| 27 FEGLI | 28 Annuitant Indicator | 29 Pay Rate Determinant |
|---|---|---|
| C0  Basic Only | 9  Not Applicable | 0 |

| 30 Retirement Plan | 31 Service Comp. Date (Leave) | 32 Work Schedule | 33 Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 08-25-1971 | F  Full Time | |

### POSITION DATA

| 34 Position Occupied | 35 FLSA Category | 36 Appropriation Code | 37 Bargaining Unit Status |
|---|---|---|---|
| 1 - 1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | R072Q3AX000001101000 | 0010 |

| 38 Duty Station Code | 39 Duty Station (City-County-State or Overseas Location) |
|---|---|
| 510100013 | ARLINGTON Arlington VA USA |

| 40 Agency Data | 41 | 42 | 43 | 44 |
|---|---|---|---|---|
| | | | | PAR Number: |

45 Remarks

- Retroactive adjustment due
- Merit Staffing Exception - Career Ladder Promotion.
- This position is inside the bargaining unit - Local 12
- This notification of personnel action replaces a previously executed one.
- Entitled to back pay under 5 U.S.C. 5596.
- Position is at the full performance level.

| 46 Employing Department or Agency | 50 Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. Department of Labor | *[signature]*<br>Joseph H Sturmer<br>HUMAN RESOURCES OFFICER |

| 47 Agency Code | 48 Personnel Office ID | 49 Approval Date | |
|---|---|---|---|
| DLMS | 4155 | 07-24-2003 | |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93