UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHEL RIDGELY,<br>    Plaintiff | )<br>)<br>) Civil Action 5-1033 (GK) |
| v. | )<br>) |
| ELAINE CHAO<br>    Defendant | )<br>) |

**ORDER**

Upon consideration of the defendant's motion to dismiss, or in the alternative for summary judgment, and the plaintiff's response thereto, it is hereby

ORDERED that this the captioned matter is DISMISSED WITH PREJUDICE..

Date: _____
        UNITED STATES DISTRICT JUDGE