IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MICHEL RIDGELY**
    Plaintiff

**v.**　　　　　　　　　　　　　　Civil Action 05-1033 (GK)

**ELAINE CHAO**
    Defendant

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE**

Plaintiff in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for additional time to response to Defendant's motion filed on December 16, 2005. Plaintiff's counsel attempted to obtain Defendant's consent to the extension but the phone call has not yet been returned.

Plaintiff's counsel will be out of the county beginning December 24, 2005 and will not return to the office until Monday January 2, 2006. The period from 12/17/05 to 12/23/05 along with the period from 1/2/06 to 1/4/06 constitutes 11 days.

In light of the foregoing, Plaintiff requests until Wednesday January 4, 2006 to file a response to Defendant's motion to dismiss.

MICHEL RIDGELY
By Counsel

_____
Stephen Scavuzzo (318279)
380 Maple Avenue West
Suite 207
Vienna VA 22180

703 319 8770

Case 1:05-cv-01033-GK    Document 10    Filed 12/19/2005    Page 2 of 2