# Appendix

|                                   | Page |
| --------------------------------- | ---- |
| Declaration of Michel Ridgely     | 1    |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHEL RIDGELY          )
        Plaintiff       )
                        )
v.                      )          Civil Action 05-1033 (GK)
                        )
ELAINE CHAO,            )
        Defendant       )

## DECLARATION OF MICHAEL RIDGELY

1.    I am the Plaintiff in the above-captioned case and have personal knowledge of the matters stated below.

2.    With respect to the Supply Management Officer's position mentioned in the Hackney Declaration paragraph 5; Melissa Stoehr reviewed the position description for this job and told me it was a "carbon copy" of her GS14 position description when she was chief of the branch. As a result, I was eligible under merit staffing to receive a promotion to a GS14. That is what happened to Charles Brinkley.

Pursuant to 28 USC 1746, I declare under the penalty of perjury that the foregoing declaration is true and correct.

Michel Ridgely                    DATE: JAN. 23, 2006