UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHEL RIDGELY**, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1033 (GK) |
| **ELAINE CHAO**, | : | |
| Defendant, | : | |

### ORDER

Plaintiff, Michel Ridgely, brings this suit alleging employment discrimination based on race, age, and gender and reprisal for protected Equal Employment Opportunity ("EEO") activity, in violation of the 1964 Civil Rights Act, 42 U.S.C. §§ 2000e et seq. (1964) ("Title VII"), and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 (1998). Defendant is Elaine Chao, Secretary of the Department of Labor. This matter is before the Court on Defendant's Motion to Dismiss or, in the Alternative For Summary Judgment, [**#9**]. Upon consideration of the Motion, Opposition, Reply, Surreply and the entire record herein, and for the reasons stated in the Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion, [**#9**], is **granted**; it is further

**ORDERED** that this case shall be transferred to the United States District Court for the Eastern District of Virginia.

March 13, 3006

/s/
Gladys Kessler
United States District Judge

**Copies To:** Attorneys of Record via ECF