> RECEIVED
> MAILROOM
>
> MAR 29 2006
>
> CLERK, U.S. DISTRICT COURT
> ALEXANDRIA, VIRGINIA

Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

March 28, 2006

Clerk's Office
United States District Court
for the Eastern District of Virginia
Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

1:06 cv 343

Re: 05cv1033, RIDGELY v. CHAO

Dear Clerk:

On March 13, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed please find the following:

✔ instructions for retrieving electronic case filings,
✔ a copy of the transfer order,
✔ certified copy of the docket entries, and
✔ original complaint (docket number 1)

indicating your

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   CLERK'S OFFICE
   U.S. DISTRICT COURT FOR
   THE EASTERN DISTRICT OF VA
   ALBERT V. BRYAN
   U.S. COURTHOUSE
   401 COURTHOUSE SQUARE
   ALEXANDRIA, VA 22314

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery: 3-29-06
C. Signature: [RECEIVED MAR 29 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from ...): 7002 0860 0000 7772 3940

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

NGTON, CLERK

RECEIVED
APR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT